ALAN HARRIS (CA Bar No. 146079)
aharris@harrisandruble.com
ABIGAIL TREANOR (CA Bar No. 228610)
atreanor@harrisandruble.com
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:   (323) 962-3004

DAVID S. HARRIS (CA Bar No. 215224)
dsh@northbaylawgroup.com
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite #2
Mill Valley, California 94941-2024
Telephone:  (415) 388-8788
Facsimile:   (415) 388-8770

Attorneys for Plaintiff
THOMAS SCHULTZ

ROBERT A. DOLINKO (CA Bar No. 076256)
rdolinko@nixonpeabody.com
SETH L. NEULIGHT (CA Bar No. 184440)
sneulight@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero, Suite 1800
San Francisco, CA 94111
Telephone:  (415) 984-8200
Facsimile:   (415) 984-8300

Attorneys for Defendant
HERTZ EQUIPMENT RENTAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHULTZ, individually and on behalf of all others similarly situated,<br><br>                               Plaintiff,<br><br>        vs.<br><br>HERTZ EQUIPMENT RENTAL CORPORATION, and DOES 1 to 20,<br><br>                 Defendants | Case No.:  3:10-cv-02888-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:   3 (17th Floor)<br>Judge:          Hon. Richard Seeborg |

-1-

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE
AND CASE MANAGEMENT CONFERENCE
Case No.:  3:10-cv-02888-RS

The parties hereby jointly stipulate as follows:

WHEREAS, the instant matter was referred to panel mediation through the ADR Department of the Northern District of California. The parties are currently scheduled to mediate with Mr. Victor Schacter on March 10, 2011;

WHEREAS, a Further Case Management Conference is currently scheduled to take place on April 14, 2011 at 10:00 a.m. in Courtroom 3, 17th Floor, San Francisco, before the Honorable Richard Seeborg;

WHEREAS, the parties respectfully request that the Court grant a continuance of the parties' mediation deadline as the parties are in need of additional time in order to exchange information and documentation to ensure the mediation session is as productive as possible; and

WHEREAS, Mr. Victor Schacter has indicated that he is unavailable to mediate during the period of time the parties wish to schedule a mediation. As a result, the parties have requested reassignment to another mediator.

IT IS THEREFORE STIPULATED AND AGREED that the parties shall complete mediation on or before May 27, 2011. The parties further stipulate to continue the Further Case Management Conference until June 9, 2011 at 10:00 a.m. in Courtroom 3, 17th Floor, San Francisco if that is convenient to the Court. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: February 17, 2011

HARRIS & RUBLE

By     /s/
       Alan Harris

NORTH BAY LAW GROUP

By     /s/
       David S. Harris

Attorneys for Plaintiff
THOMAS SCHULTZ

-2-

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING ADR DEADLINE
AND CASE MANAGEMENT CONFERENCE
Case No.: 3:10-cv-02888-RS

1  Date: February 17, 2011                                        NIXON PEABODY LLP

2                                                                 By          /s/
                                                                      Robert A. Dolinko
3                                                                 Attorneys for Defendant
                                                                  HERTZ EQUIPMENT RENTAL
4                                                                 CORPORATION

5

**IT IS HEREBY ORDERED AS FOLLOWS:**

6

7    The parties shall complete mediation on or before May 27, 2011.  The Further Case

8  Management Conference is continued to June 9, 2011 at 10:00 a.m. in Courtroom 3.  The parties

9  shall file a Joint Case Management Statement at least one week prior to the Conference.

10

11  DATED:  February 17, 2011                            _____
                                                          Honorable Richard Seeborg
12                                                        *United States District Judge*

-3-

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING ADR DEADLINE
AND CASE MANAGEMENT CONFERENCE
Case No.:  3:10-cv-02888-RS