ALAN HARRIS (CA Bar No. 146079)
aharris@harrisandruble.com
ABIGAIL TREANOR (CA Bar No. 228610)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004

DAVID S. HARRIS (CA Bar No. 215224)
dsh@northbaylawgroup.com
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite #2
Mill Valley, California 94941-2024
Telephone: (415) 388-8788
Facsimile: (415) 388-8770

Attorneys for Plaintiff
THOMAS SCHULTZ

ROBERT A. DOLINKO (CA Bar No. 076256)
rdolinko@nixonpeabody.com
SETH L. NEULIGHT (CA Bar No. 184440)
sneulight@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero, Suite 1800
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendant
HERTZ EQUIPMENT RENTAL CORPORATION

RECEIVED
JUL 26 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHULTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HERTZ EQUIPMENT RENTAL CORPORATION, and DOES 1 to 20,<br><br>Defendants | Case No.: 3:10-cv-02888-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE ACTION** |

-2-

1  Plaintiff Thomas Schultz ("Plaintiff") and Defendant Hertz Equipment Rental Corporation
2  ("HERC")(together, "the Parties"), by and through their respective undersigned counsel, hereby
3  stipulate and agree to entry by the Court of an Order for the DISMISSAL WITH PREJUDICE of
4  this entire action as to Plaintiff's individual claims, and the DISMISSAL WITHOUT
5  PREJUDICE of the claims of any putative class member other than Plaintiff. The parties shall
6  bear their own respective attorneys' fees and costs.
7  IT IS SO STIPULATED.

Respectfully submitted,

Date: June 30, 2011

HARRIS & RUBLE
NORTH BAY LAW GROUP

By____/s/ David S. Harris____
David S. Harris
Attorneys for Plaintiff
THOMAS SCHULTZ

Date: June 30, 2011

NIXON PEABODY LLP

By____/s/ Robert A. Dolinko____
Robert A. Dolinko
Attorneys for Defendant
HERTZ EQUIPMENT RENTAL
CORPORATION

1
## [PROPOSED] ORDER OF DISMISSAL

2   The Court hereby approves the General Release set forth in the Settlement Agreement
3   between Plaintiff and Defendant, including the release of claims under the Fair Labor Standards Act
4   and any and all other claims for alleged wage and hour violations. The Court finds the terms of the
5   settlement contained therein are fair, reasonable and adequate to compromise a bona fide dispute.
6   Based upon the parties' Stipulation set forth above, the Court HEREBY ORDERS that:
7   1.   This entire action as to Plaintiff's individual claims shall be, and hereby is,
8   DISMISSED WITH PREJUDICE.
9   2.   The claims of putative class members in this action other than Plaintiff shall be,
10  and hereby are, DISMISSED WITHOUT PREJUDICE.
11  3.   The parties shall bear their own respective attorneys' fees and costs.
12  IT IS SO ORDERED.

16  Dated: 7/22/11

_____
HONORABLE RICHARD SEEBORG
United States District Judge